IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES JOHNSON,                               3:14-CV-00246-JE

        Plaintiff,                    ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

        Defendant.

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#22) on January 27, 2016, in which he recommends this Court remand this case to the Commissioner for further proceedings to determine Plaintiff's onset date. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*.  See Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009).  See also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#22).  Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner for further proceedings to determine Plaintiff's onset date.

IT IS SO ORDERED.

DATED this 25th day of February, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge