James S. Coon
OSB# 771450
SWANSON, THOMAS, COON & NEWTON
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone (503) 228-5222 | Fax (503) 273-9175
E-mail: jcoon@stc-law.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

JAMES P. JOHNSON                                   Case No.:  3:14-cv-00246-JE
                        Plaintiff,


                                                   ORDER GRANTING MOTION
                                                         FOR ATTORNEY FEES
                                                   UNDER 28 U.S.C. § 2412

        v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,
                        Defendant.

        Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the

amount of $1,546.26 will be awarded to Plaintiff in care of his attorneys pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of

Plaintiff's debts, if any, under Astrue v. Ratliff, 560 U.S. 586 (2010), and mailed to his

attorney, James S. Coon, at Mr. Coon's address:  820 SW 2nd Ave Ste 200, Portland

OR  97204.  There are no costs or expenses.

        Dated this 2nd day of  May   , 2016.


                                            /s/ John Jelderks
                                            United States District Judge
                                            XXXXXXXXXXX District Judge

                                            United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff